JOANETTE JUNIORS, INC., Appellant, *v.* BOARD OF HOME MIS-
SIONS OF THE CONGREGATIONAL AND CHRISTIAN CHURCHES,
Respondent.

Argued January 3, 1949; decided January 13, 1949.

*Harry Bijur* for appellant.

*John J. Morris* and *Truman H. Luhrman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye and Fuld, JJ.